JENNIE O. VILECE, Administratrix, etc., of DOMINICK D. VILECE, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Impleaded with THERESA VILECE.

— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.